# DAVIDSON
## MORRISON & LINDEMANN, P.A.

### Attorneys and Counsellors at Law

William H. Davidson, II
David L. Morrison*
Andrew F. Lindemann*
James M. Davis, Jr.

Of Counsel
Kenneth P. Woodington

1611 Devonshire Drive, Second Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
Telephone: (803) 806-8222
Facsimile: (803) 806-8855
www.dml-law.com

RECEIVED
USDC CLERK, COLUMBIA, SC
2005 DEC -9  P 12: [illegible]

Robert D. Garfield
Matthew B. Rosbrugh
Michael B. Wren
Lawrence S. Kerr, M.D.

*Also admitted in North Carolina

December 9, 2005

**GRANTED** 12/9/05 DATE
BRISTOW MARCHANT
U.S. MAGISTRATE JUDGE

<u>**VIA FACSIMILE ONLY 803-765-5423**</u>
The Honorable Bristow Marchant
United States District Judge
901 Richland Street
Columbia, South Carolina 29201

RE:   Bar None Royal Blackness v. Jon Ozmint, Gary Maynard, Robert Ward, Gary Boyd, Gene Noles, James Sligh, Debra Wise, Alvin Graber, Lester Hinson, Ofc. Hill, Doris Cureton, Mary Stewart, Dean Day, Marcia Fuller, T. W. Thomas, Laurie Bessinger, Bernard McKie, Associate Warden Stevenson, Samuel Latta, James Christensen, Willie Mason, Harold Scott, Sgt. Shrivers, E. Jennings, E. Reardon, J. Kircher, S. Brown, M. Hayes, Rolland Moody, S. Horsely, Joel Moore, Kenneth Jones, R. Nurse Murphy, John Doe, Jan E. Doe, Richard P. Stroker, Mary Davenport Anderson, Leon Lott, Jr., Daniel E. Johnson, David Wilson, Carlton Medley, David Mildred, James Robinson, in their individual capacities
Civil Action Number: 0:04-1819
Richland County, CL# 0402783-001
IRF Claim Number: 17071
Our File Number: 314.6638

Dear Judge Marchant:

    It is my understanding that our Defendants' response to Plaintiff's most recent motion to compel, Documents No. 156 and No. 157, is due today. Due to the volume of Plaintiff's pleadings, the necessity to respond in detail to each of the items listed within the Motions, and the volume of other cases that I am responsible for, I would ask the Court to enlarge the deadline to respond to Documents No. 156 and No. 157 until December 19, 2005. I do not believe that this extension will delay any trial in this matter. If the Court needs a formal motion to enlarge regarding this response, I will be happy to have one prepared and filed this evening.

    Please advise my assistant if this is satisfactory as I will be out of town today preparing for and conducting depositions in another case.

The Honorable Bristow Marchant
December 9, 2005
Page 2

Sincerely,

DAVIDSON, MORRISON
& LINDEMANN, P.A.

Matthew B. Rosbrugh

MBR:adn

cc: Mr. Kevin Smith
A/k/a Bar None Royal Blackness #164920
KCI – MSU – C-30
4344 Broad River Road
Columbia, South Carolina 29210